IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARCUS DURRELL GWIN, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-31 (CDL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of March 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk